**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6241**

_____

UNITED STATES OF AMERICA,

           Plaintiff — Appellee,

      v.

JOHNNY GRAYSON,

           Defendant — Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:08-cr-00046-FPS-JSK-1)

_____

Submitted:  June 16, 2011              Decided:  June 20, 2011

_____

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Johnny Grayson, Appellant Pro Se.  Randolph John Bernard, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Grayson appeals from the district court's orders denying his "Emergency Request for Relocation of Supervised Release" and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Grayson, No. 5:08-cr-00046-FPS-JSK-1 (N.D.W. Va. Dec. 6, 2010 & Feb. 9, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED